IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| NATALIE GONZALEZ, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO.   1:26-CV-00142-MJT-CLS |
| SHANTONU BASU, | § § | |
| *Defendant.* | § § § | |

## ORDER OF DISMISSAL

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management.  *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On May 7, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of Plaintiff's case for failing to state a claim under § 1915(e)(2)(B)(ii).  *See* [Dkt. 5].  Plaintiff did not object.  Accordingly, the Report and Recommendation [Dkt. 5] is **ADOPTED**.  Plaintiff's claims are **HEREBY DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  A final judgment will be entered.

**IT IS SO ORDERED**.

**SIGNED this 9th day of June, 2026.**

Michael J. Truncale
United States District Judge